UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHRYN SCHROER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MANORCARE HEALTH SERVICES OF WASHINGTON, INC., a foreign corporation, and MANOR CARE HEALTH SERVICES, INC., a foreign corporation,<br><br>    Defendant. | NO.  CV-06-116-RHW<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice (Ct. Rec. __).  The parties ask that Plaintiff's claims be dismissed with prejudice and without costs to any party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss with Prejudice (Ct. Rec. 7) is **GRANTED**.

2. The above-captioned case is **dismissed**, with prejudice, and without costs.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel and **close** the file.

**DATED** this 26th day of July, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court Judge

Q:\CIVIL\2006\schroer.dismiss.wpd

**ORDER GRANTING THE PARTIES' STIPULATED MOTION TO DISMISS WITH PREJUDICE ~ 1**